No. 76–386. HICKLAND *v.* HICKLAND. Ct. App. N. Y. Certiorari denied.

No. 76–390. ICI AMERICA, INC. *v.* MORAINE PRODUCTS; and

No. 76–391. MORAINE PRODUCTS *v.* ICI AMERICA, INC. C. A. 7th Cir. Certiorari denied.

No. 76–392. FIRST NATIONAL BANK IN ST. LOUIS *v.* KOSTMAN, COMMISSIONER OF FINANCE OF MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 76–396. WRIGHT *v.* SOUTHWESTERN LIFE INSURANCE Co. C. A. 5th Cir. Certiorari denied.

No. 76–397. ALLRIGHT MISSOURI, INC., ET AL. *v.* CIVIC PLAZA REDEVELOPMENT CORP. ET AL. Sup. Ct. Mo. Certiorari denied.

No. 76–5035. MORGAN *v.* UNITED STATES; and

No. 76–5196. WILLIAMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5037. STIDHAM *v.* SWENSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 76–5053. HARRIS ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–5077. MARI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5085. GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5086. NEUMANN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.